Timothy Allen OLIVER *v.* STATE of Arkansas

CR 94-113                                          871 S.W.2d 332

Supreme Court of Arkansas
Opinion delivered February 21, 1994

*Dana A. Reece,* for appellant.

No response.

PER CURIAM. The appellant, Timothy Allen Oliver, by his attorney, has filed a motion for rule on the clerk. His attorney, Ms. Dana A. Reece, admits that the failure to file the record in time was due to a mistake on her part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964.

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.